FILED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DEC 13 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06CR-296-WKW-CSC |
| | ) | [18 USC 922(g)(3)] |
| **CHARLES R. BEARDEN** | ) | |
| | ) | |
| | ) | **INDICTMENT** |

The Grand Jury charges:

## COUNT 1

On or about December 10, 2004, in Butler County, within the Middle District of Alabama, defendant

**CHARLES R. BEARDEN**,

then being an unlawful user of a controlled substance as defined in 21 U.S.C. § 802, did knowingly possess in and affecting commerce, a firearm, more specifically a Plainfield Machine Company, model M1, .30 Caliber Rifle, a better description of which is unknown to the Grand Jury.

All in violation of Title 18, United States Code, Section 922(g)(3).

A TRUE BILL:

/s/ Barbara J. Alexander
Foreperson

/s/ Leura G. Canary
LEURA G. CANARY
United States Attorney

/s/ Christopher A. Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney