IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-cr-296-WKW |
| | ) | |
| CHARLES R. BEARDEN | ) | |

**O R D E R**

Upon consideration of the motion for writ of habeas corpus ad prosequendum, filed December 28, 2006, and for good cause shown, it is

ORDERED that the motion is GRANTED. The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Shelby Community Corrections, Columbiana, Alabama, commanding it to deliver Charles R. Bearden to any United States Marshal or Deputy United States Marshal, and directing said Marshal or Deputy to bring said prisoner before this court, to be held at Montgomery, Alabama, on January 31, 2007, at 10:00 am, and to return the prisoner to said official when the court shall have finished with him.

Done this 28th day of December, 2006.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE