| COURTROOM DEPUTY'S MINUTES | MIDDLE DISTRICT OF ALABAMA |
|---|---|

---

√ INITIAL APPEARANCE                              DATE: January 26, 2007
❒ BOND HEARING
❒ DETENTION HEARING                         Digital Recording 11:10 - 11:18
❒ PRELIMINARY (EXAMINATION)(HEARING)
❒ REMOVAL HEARING (R.40)
√ ARRAIGNMENT

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker    **DEPUTY CLERK:** Joyce Taylor
**CASE NO.** 2:06cr296-WKW            **DEFENDANT NAME:** Charles R. Bearden
**AUSA:** Christopher Snyder           **DEFT. ATTY:** Robin Konrad

Type Counsel: ( )Retained; ( ) CJA; ( ) Waived; (√) FPD

**USPO/USPTS:**

Interpreter needed: ( √ ) NO; ( )YES  Name:

---

| | |
|---|---|
| √ | Date of Arrest January 25, 2007 or ❒ Arrest Rule 40 |
| √ | Deft First Appearance. Advised of rights/charges. ❒ Prob/Sup Rel Violator |
| √ | Financial Affidavit executed. ORAL MOTION for appointment of Counsel. |
| √ | ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed |
| ❒ | Panel Attorney Appointed; ❒ to be appointed - prepare voucher |
| ❒ | Deft. Advises he will retain counsel. Has retained _____ |
| ❒ | ❒ Government's ORAL Motion for Detention Hrg. ❒ to be followed by written motion; ❒ Government's WRITTEN Motion for Detention Hrg. filed |
| ❒ | Detention Hearing ❒ held; ❒set for |
| ❒ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ❒ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| ❒ | Release order entered. Deft advised of conditions of release |
| ❒ | ❒ BOND EXECUTED (M/D AL charges) $. Deft released |
| | ❒ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| √ | Bond not executed. Defendant to remain in Marshal's custody (Defendant in state custody) |
| ❒ | Deft. ORDERED REMOVED to originating district |
| ❒ | Waiver of ❒ preliminary hearing; ❒ Waiver Rule 40 hearing |
| ❒ | Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury |
| √ | ARRAIGNMENT Plea of NOT GUILTY entered. |
| | DISCOVERY DISCLOSURE DATE: 1/26/07 |
| √ | CRIMINAL TERM: March 12, 2007 (would not waive speedy trial) |
| ❒ | NOTICE to retained Criminal Defense Attorney handed to counsel |