IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. NO. 2:06cr296-WKW |
| | ) | |
| CHARLES R. BEARDEN | ) | |

**ORDER**

For good cause, it is

**ORDERED** that the defendant's change of plea hearing presently set for **February 20, 2007**, at **1:30 p.m.,** in **Courtroom 4B**, United States Courthouse Complex, One Church Street, Montgomery, Alabama be and is hereby **MOVED** to **Courtroom 4A**.

The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding.

Done this 15th day of February, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE