**COURTROOM DEPUTY'S MINUTES**
**MIDDLE DISTRICT OF ALABAMA**

**DATE:** 2/20/2007
**DIGITAL RECORDING:** 1:32 – 1:53 pm
**COURT REPORTER:** Risa Entrekin

☐ **ARRAIGNMENT**          ☒ **CHANGE OF PLEA**          ☐ **CONSENT PLEA**
☐ **RULE 44(c) HEARING**   ☐ **SENTENCING**

**PRESIDING MAG. JUDGE:** Moorer          **DEPUTY CLERK:** sq1
**CASE NUMBER:** 2:06CR296-WKW            **DEFENDANT NAME:** Charles BEARDEN
**AUSA:** Snyder                          **DEFENDANT ATTORNEY:** Don Bethel

Type counsel ( )Waived; ( )Retained; ( )CJA; (✓)FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**
Interpreter present? (✓)NO; ( )YES      **Name:**

☐ This is defendant's **FIRST APPEARANCE.**
☐ **Financial Affidavit executed. ORAL MOTION for appointment of Counsel.**
☐ **ORAL ORDER appointing Federal Public Defender. Notice of Appearance to be filed.**
☐ **WAIVER OF INDICTMENT executed and filed.**
☐ **INFORMATION filed.**
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**     ☐ **Not Guilty**
            ☒ **Guilty as to:**
                ☒ **Count(s):** 1
                ☐ **Count(s):**          ☐ **dismissed on oral motion of USA**
                                        ☐ **to be dismissed at sentencing**

✓ Written plea agreement filed   ☐ **ORDERED SEALED**
✓ **ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts** ___1___.
☐ **CRIMINAL TERM:**          ☐ **WAIVER OF SPEEDY TRIAL filed.**
                **DISCOVERY DISCLOSURE DATE:**
☐ **ORDER:** Defendant continued under ☐ same bond; ☐ summons; for:
                ☐ Trial on _____; ☐ Sentencing on _____
✓ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
                ☐ Trial on _____; or ☒ Sentencing on _____
☐ Rule 44 Hearing: ☐ Waiver of Conflict of Interest Form executed
                ☐ Defendant requests time to secure new counsel