IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:06-cr-296-WKW |
| | ) | |
| CHARLES R. BEARDEN | ) | |

## **ORDER**

It is ORDERED that the date of the sentencing hearing in this matter is CONTINUED from May 8, 2007, to **3:00 p.m. on May 10, 2007.**

DONE this 10th day of April, 2007.

        /s/  W. Keith Watkins
        UNITED STATES DISTRICT JUDGE